United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAMARON L. WALKER,

    Plaintiff,

 v.

D. BARNEBURG, et al.,

    Defendants.

No. C 20-6290 WHA (PR)

**ORDER OF DISMISSAL**

Judgment is entered against plaintiff.

**IT IS SO ORDERED.**

Dated: November 19, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE